FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 25  P 4: 12

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTOINE PEREZ** | * | **CIVIL ACTION** |
| **VERSUS** | | **NO. 04-3094-MVL-SS** |
| **DEAN EQUIPMENT, INC.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **LIMIT (NO. 2) LIMITED** | * | **CIVIL ACTION** |
| **VERSUS** | | **NO. 05-6461-MVL-SS** |
| **DEAN EQUIPMENT, INC.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR SUMMARY JUDGMENT IN CIVIL ACTION NO. 05-6461

**NOW INTO COURT**, through undersigned counsel, comes Dean Equipment, Inc. ("Dean"), which hereby moves for summary with respect to the claims made against it by Limit (No. 2) Limited (Syndicate 2724 at Lloyd's, London) (hereinafter "Lloyd's") and with respect to its counterclaim against Lloyd's in which Dean seeks a judgment declaring that a certain policy of insurance underwritten by Lloyd's, which was issued to Dean, provides Dean with coverage for the claims made by Antoine Perez against Dean in Civil Action No. 04-3094. More detailed reasons for the granting of this Motion for Summary Judgment are contained in the attached Memorandum in Support of



Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Motion for Summary Judgment.

        **Respectfully submitted:**

        **THE STEEG LAW FIRM, L.L.C.**

        _/s/ Alan Cohen_
        CHARLES L. STERN, JR.  (Bar No. 12451)
        ALAN M. COHEN (Bar No. 27411)
        201 St. Charles Avenue, Suite 3201
        New Orleans, Louisiana   70170
        Phone: (504) 582-1199
        Fax: (504) 582-1240

        **Counsel for Dean Equipment, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been provided to all counsel of record

        Mr. Mat M. Gray, III
        Ms. Kristina Irvin
        Fowler, Rodriguez & Chalos
        400 Poydras Street - 30th Floor
        New Orleans, Louisiana 70130
        (504) 523-2600

        and

Mr. Max J. Cohen  
Lowe, Stein, Hoffman, Allweiss & Hauver  
701 Poydras Street  
Suite 3600  
New Orleans, LA 70139-7735  
Phone: 582-2450

by hand-delivery and/or by facsimile or e-mail transmission, and/or by depositing a copy of same in the United States mail, properly addressed and first-class postage prepaid on this 25 day of July, 2006.

F:\DOC\D\Dean-Equip.15\Pleadings\MtnSummJudg.doc                                                    7/25/2006 (12:27PM)

3