**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

LIMITED (NO. 2) LIMITED                    CIVIL ACTION

VERSUS                                     NO: 05-6461

DEAN EQUIPMENT, INC.                       SECTION: S (1)

# SEALED ATTACHMENT

(Memorandum in Support)