**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ANTOINE PEREZ** | * | **CIVIL ACTION** |
| **VERSUS** | | **NO. 04-3094-MVL-SS** |
| **DEAN EQUIPMENT, INC.** | * | |

* * * * * * * * * * *

| | | |
|---|---|---|
| **LIMIT (NO. 2) LIMITED** | * | **CIVIL ACTION** |
| **VERSUS** | | **NO. 05-6461-MVL-SS** |
| **DEAN EQUIPMENT, INC.** | * | |

* * * * * * * * * * *

**NOTICE OF HEARING**

**TO:** Mr. Mat M. Gray, III
Ms. Kristina Irvin
Fowler, Rodriguez & Chalos
400 Poydras Street - 30th Floor
New Orleans, Louisiana 70130
(504) 523-2600

Mr. Max J. Cohen
Lowe, Stein, Hoffman, Allweiss & Hauver
701 Poydras Street
Suite 3600
New Orleans, LA 70139-7735
Phone: 582-2450

**PLEASE TAKE NOTICE** that Dean Equipment, Inc. has filed a Motion For Summary

Judgment. A copy of said motion accompanies this Notice.

Dean Equipment, Inc. will bring said motion on for hearing before the Honorable Mary Ann Vial Lemmon, United States District Judge for the Eastern District of Louisiana, on August 16, 2006 at 10:00 a.m. in Room C406, United States Courthouse, 500 Camp Street, New Orleans, Louisiana.

**Respectfully submitted:**

**THE STEEG LAW FIRM, L.L.C.**

**CHARLES L. STERN, JR. (Bar No. 12451)**
**ALAN M. COHEN (Bar No. 27411)**
**201 St. Charles Avenue, Suite 3201**
**New Orleans, Louisiana 70170**
**Phone: (504) 582-1199**
**Fax: (504) 582-1240**

**Counsel for Dean Equipment, Inc.**

**[continued]**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been provided to all counsel of record

Mr. Mat M. Gray, III
Ms. Kristina Irvin
Fowler, Rodriguez & Chalos
400 Poydras Street - 30th Floor
New Orleans, Louisiana 70130
(504) 523-2600

and

Mr. Max J. Cohen
Lowe, Stein, Hoffman, Allweiss & Hauver
701 Poydras Street
Suite 3600
New Orleans, LA 70139-7735
Phone: 582-2450

by hand-delivery and/or by facsimile or e-mail transmission, and/or by depositing a copy of same in the United States mail, properly addressed and first-class postage prepaid on this 25 day of July, 2006.

D/Dean.15/Plead/NoticeHearingMSJ.doc