FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 25 PM 4: 29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTOINE PEREZ | * | CIVIL ACTION |
| VERSUS | * | NO. 04-3094-MVL-SS |
| DEAN EQUIPMENT, INC. | * | JUDGE LEMMON ("S") |
| | * | MAGISTRATE SHUSHAN (1) |
| * * * * * * * * * * * | * | |
| | * | CIVIL ACTION |
| LIMIT (NO. 2) LIMITED | * | NO. 05-6461-MVL-SS |
| VERSUS | * | JUDGE LEMMON ("S") |
| DEAN EQUIPMENT, INC. | * | MAGISTRATE SHUSHAN (1) |

## MOTION FOR REHEARING

**NOW INTO COURT** through undersigned counsel comes LIMIT (NO. 2) LIMITED ("LIMIT") and moves the Court for a rehearing of the Motion for Summary Judgment filed by Dean Equipment, Inc. for the reasons stated in the attached Memorandum.

Respectfully Submitted:

_____
Mat M. Gray, III (#6264) T.A.
Kristina Irvin (#26936)
FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, LA 70130
Phone: (504) 523-2600
Fax: (504) 523-2705
Email: mgray@frc-law.com
Attorneys for LIMIT (No. 2) LIMITED
(Syndicate 2724 at Lloyd's)

Fee_____
Process_____
X Dkfd_____

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has this date been served on all known counsel of record by the following method of delivery:

(_____) Hand Delivery      (_____) Postage-prepaid U.S. Mail

( X ) Facsimile      (_____) Federal Express

New Orleans, Louisiana, this 25 day of September, 2006.

                            _____
                            MAT M. GRAY, III